IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PLUMBERS LOCAL UNION NO. 16 HEALTH AND WELFARE FUND, PLUMBERS LOCAL UNION NO. 16 PENSION FUND, PLUMBERS LOCAL UNION NO. 16 JOURNEYMEN AND APPRENTICESHIP TRAINING FUND, PLUMBERS LOCAL UNION NO. 16 DEFINED CONTRIBUTION PLAN, and PLUMBERS LOCAL UNION NO. 16 VACATION FUND,<br><br>        Plaintiffs,<br><br>v.<br><br>PRAWL ENGINEERING,<br><br>        Defendant. | 8:05CV180<br><br>ORDER |

Upon the Suggestion in Bankruptcy filed by the defendant Prawl Engineering, Filing No. 4,

IT IS ORDERED:

1. Pursuant to NEGenR 1.5(1), this case is referred to the United States Bankruptcy Court for the District of Nebraska;

2. This case shall be terminated for statistical purposes by the Clerk of the Court for the District of Nebraska;

3. The Clerk of the Court for the District of Nebraska shall deliver the court file to the Clerk of the Bankruptcy Court for the District of Nebraska.

DATED this 11th day of May, 2005.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge